**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2022-0389, <u>Alex Luis Morales v. Zenandre Braccio</u>, the court on February 27, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See Sup. Ct. R.</u> 20(2). The defendant, Zenandre Braccio, appeals an order recommended by a judicial referee (<u>Boyle</u>, R.) and approved by the Circuit Court (<u>Lyons</u>, J.) denying his motion to vacate an earlier final order awarding damages to the plaintiff, Alex Luis Morales, on his petition brought under RSA chapter 540-A. We affirm.

The defendant contends that, although the petition and temporary order were served on his abode, he was not properly served, never received proper notice, and was, thus, deprived of due process because the petition and temporary order incorrectly identified him as "Ben (Last Name Unknown)," and because he was in the custody of the Hillsborough County House of Corrections at the time of the abode service.

As the appealing party, the defendant has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's orders, the defendant's challenges to them, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error. <u>See id</u>.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

Timothy A. Gudas,
Clerk